UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
------------------------------------ x
LINDA TAYLOR; JUDITH VAN PUTTEN-      :
GUZMAN; VIVIAN VAUGHAN; HELEN         :
WALLS; REBA WILKS; JACQUELINE         :
WILLIAMS; MARY WILLIAMS; MONIQUE      :
WILLIAMS; CYNTHIA WILLS; JANICE       :
WILSON; DORIS YOUNG; PAULINE HILLS;   :
NILA MARTIN; STEVE MEIER; LEAH ORR;   :
GAYLA SMITH; LINDA BLAIR; SHANI       :
DUNSIL; RUTH STANDISH; PEGGY          :
JENKINS,                              :
                                      :
       Plaintiffs                     :   Civil Action
v.                                    :   No. 04-11089-GAO
                                      :
INDEVUS PHARMACEUTICALS, INC., F/K/A  :
INTERNEURON PHARMACEUTICALS, INC.;    :
WYETH, INC., F/K/A AMERICAN HOME      :
PRODUCTS CORPORATION; WYETH           :
PHARMACEUTICALS, INC F/K/A WYETH-     :
AYERST PHARMACEUTICALS, INC., A       :
DIVISION OF AMERICAN HOME PRODUCTS    :
CORPORATION; AND BOEHRINGER           :
INGELHEIM PHARMACEUTICALS, INC.,      :
                                      :
       Defendants                     :
------------------------------------ x
```

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 14, 2004  
       Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Counsel for Defendant  
Boehringer Ingelheim Pharmaceuticals, Inc.