UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LINDA TAYLOR; JUDITH VAN PUTTEN-      :
GUZMAN; VIVIAN VAUGHAN; HELEN
WALLS; REBA WILKS; JACQUELINE         :
WILLIAMS; MARY WILLIAMS; MONIQUE
WILLIAMS; CYNTHIA WILLS; JANICE       :
WILSON; DORIS YOUNG; PAULINE HILLS;
NILA MARTIN; STEVE MEIER; LEAH ORR;   :
GAYLA SMITH; LINDA BLAIR; SHANI
DUNSIL; RUTH STANDISH; PEGGY          :
JENKINS,
                                      :
       Plaintiffs,                         Civil Action
v.                                    :    No. 04-11089-GAO
                                      :
INDEVUS PHARMACEUTICALS, INC., F/K/A  :
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME      :
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-     :
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS    :
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,      :
                                      :
       Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT
<u>OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.</u>**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc. ("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: August 27, 2004
      Boston, Massachusetts

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Indevus Pharmaceuticals, Inc.